UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THOMAS D. TEEPLE,

        Defendant.
_____/

Case No. 2:04:CR:36

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed June 30, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Thomas D. Teeple's plea of guilty to Count One of the Felony Information is accepted. Defendant Thomas D. Teeple is adjudicated guilty.

3. Defendant Thomas D. Teeple shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: July 15, 2005

                              /s/ Gordon J. Quist
                             GORDON J. QUIST
                      UNITED STATES DISTRICT JUDGE